# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSE HERNANDEZ, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICROFIT AUTO PARTS, INC., *ET AL.*, <br><br> Defendants. | Case Nos.   8:19-cv-00984-TDC <br>               8:19-cv-00997-TDC |

## ORDER APPROVING FLSA SETTLEMENT

Pending before the Court is a Second Joint Motion to Approve FLSA Settlement Agreement ("Joint Motion") filed by the Plaintiffs, Jendrick Ayala, Nelvin Cupido-Marquez, Renzo Shamir Flores, Jorge Franco, Jose Hernandez, Demonte Martin, and Ernesto Romero Ortega (collectively referred to hereinafter as "Settling Plaintiffs") and Defendants, Microfit Auto Parts, Inc. ("Microfit"), Inder S. Bian ("Mr. Bian"), Kamaljit K. Bian ("Mrs. Bian"), and Shanthan Reddy ("Mr. Reddy") (collectively referred to hereinafter as "Defendants") (Defendants and Settling Plaintiffs are collectively referred to herein as the "Settling Parties"). After careful consideration and review of the Settling Parties' Joint Motion and the Settlement Agreement and Full and Final Release of Claims ("Settlement Agreement"), and for the reasons stated on the record at the Fairness Hearing on August 3, 2021, it is hereby:

ORDERED that the Settlement Agreement is APPROVED as a fair and reasonable resolution of the Settling Parties' Fair Labor Standards Act ("FLSA") dispute; and it is further

ORDERED that the Settling Parties' Joint Motion, ECF No. 108, is GRANTED; and it is further

ORDERED that the Settling Parties shall comply with their respective obligations under the Settlement Agreement, including but not limited to, Defendants' obligation to timely make all payments as required under the Settlement Agreement; and it is further

ORDERED Defendants shall remit all withholdings taken pursuant to this Settlement Agreement to proper taxing authorities, and issue to Settling Plaintiffs IRS Forms W-2 and 1099 evidencing remittance of those withholdings, as appropriate under the Settlement Agreement; and it is further

ORDERED that the Court shall retain jurisdiction over this case until all payments to Settling Plaintiffs are made pursuant to the Settlement Agreement; and it is further

ORDERED that Settling Plaintiffs' counsel shall promptly advise the Court after all payments have been received by Settling Plaintiffs, and upon such time, all claims asserted by Plaintiffs, Jendrick Ayala, Nelvin Cupido-Marquez, Renzo Shamir Flores, Jorge Franco, Jose Hernandez, Demonte Martin, and Ernesto Romero Ortega, shall be DISMISSED with prejudice.

The Clerk is directed to CLOSE these cases, subject to reopening as set forth above.

It is SO ORDERED.

Date: August 4, 2021

THEODORE D. CHUANG
United States District Judge